UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAMBANDA GUTHIER, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. CIV-25-1201-R |
| ) | |
| PAMELA J. BONDI, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, entered on November 13, 2025 [Doc. No. 5]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Mitchell is ADOPTED in its entirety and Plaintiff's action is dismissed without prejudice for failure to comply with the Court's orders and rules.

IT IS SO ORDERED this 6th day of January, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE